

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00383-CV

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellant

v.

Lee Franklin **LIVELY**, Arthur Wayne Swaim, Robert Murray Swaim, Bobbie Swaim, Rodney and Bobbie Swaim Family Limited Partnership & Shorty Investments, Ltd.,
Appellees

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-22-0027-CV-B
Honorable Janna K. Whatley, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order is **REVERSED**. Judgment is **RENDERED** and we declare that the 1931 deed's reservation of "all coal" included the rights to lignite. This case is **REMANDED** to the trial court for further proceedings consistent with this court's opinion. Costs are assessed against appellees.

SIGNED October 22, 2025.

_____
Velia J. Meza, Justice